IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00868-LTB

ARI BAILEY,

      Petitioner,

v.

DAVID J. EBBERT, Warden,

      Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 13, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

DATED at Denver, Colorado, this 13th day of June, 2014.

      FOR THE COURT,

      JEFFREY P. COLWELL, Clerk

      By: s/K Lyons
          Deputy Clerk