IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00868-LTB

ARI BAILEY,

      Petitioner,

v.

DAVID J. EBBERT, Warden,

      Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Mr. Bailey has filed a "Motion for Transfer of This Instant Action . . . to the Middle District of Pennsylvania" (ECF No. 15).  Petitioner is reminded that the Court dismissed this action without prejudice on June 13, 2014.  (*See* ECF Nos. 13, 14).  Accordingly, Petitioner's Motion (ECF No. 15) is DENIED.  Mr. Bailey may attempt to bring a new action in the Middle District of Pennsylvania.

Dated:  November 10, 2014